IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY KWONG, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-1582 |
| ) | |
| CARDINAL FINANCE ) | |
| CORPORATION, *et al.*, ) | |
| Defendants. ) | |

## ORDER

The parties have represented that they have negotiated the content of supplemental disclosures that will resolve their underlying proxy dispute, and that they intend to submit a stipulation of dismissal promptly after an April 7, 2017 shareholder vote.

For good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to submit, after the April 7, 2017 shareholder meeting, a prompt stipulation of dismissal.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 21, 2017

_____
T. S. Ellis, III
United States District Judge