DOCUMENT REMOVED AS IT WAS ALREADY DOCKETED AS DE#27